FILED

2019 JUL 17 PM 12: 40



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>SUKHPREET SINGH NATT<br><br>DEFENDANT(S). | CASE NUMBER<br><br>19-cr-128<br><br>~~19MJ02902~~<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Indictment__
in the __Eastern__ District of __Wisconsin__ on __July 16, 2019__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __March 16, 2016__
in violation of Title __18__ U.S.C., Section(s) __1029(a)(2), (b)(1) and (c)(1)(A)(i)__
to wit: __Fraud and related activity in connection with access devices__

A warrant for defendant's arrest was issued by: __Mary Murawski, Deputy Clerk__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on __7/17/19_____, by
_____, Deputy Clerk.

| | |
|---|---|
| _Bennett Hong_<br>Signature of Agent | _Bennett Hong_<br>Print Name of Agent |
| _FBI_<br>Agency | _Special Agent_<br>Title |

---

CR-52 (05/98)                   **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**