FILED

2019 JUL 17 PM 12: 40

CLERK U.S. DIST.
CENTRAL DIST.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v.    PLAINTIFF | 19-CR-128 |
| SUKHPREET SINGH NATT    DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**19 MJ02902**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/17/19  11:30 AM   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1029(a)(2), (b)(1) and (c)(1)(A)(i)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1994

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Uriah Villegas

10. Remarks (if any): _____

11. Name: Bennett Itong   (please print)

12. Office Phone Number: 310-477-6565

13. Agency: FBI

14. Signature: Bennett Itong

15. Date: 7/17/19

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION